# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

148509 & (8)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ROBERT AUGUSTINE MARTINEZ,
        Defendant-Appellant.

SC: 148509
COA: 318414
Wayne CC: 12-007206-FC

_____/

On order of the Court, the motion to file a supplemental brief is GRANTED. The application for leave to appeal the December 11, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



t0519

Clerk